# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondent. | Case No. CV 09-7280 JVS (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally reiterate the arguments made in the Petition and Reply, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

| 1 | Additionally, for the reasons stated in the Report and Recommendation, the |
| 2 | Court finds that Petitioner has not made a substantial showing of the denial of a |
| 3 | constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.* |
| 4 | *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate |
| 5 | of appealability. |

DATED: July 25, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE