# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS SANCHEZ, | Case No. CV 09-7280 JVS (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES A. YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 25, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE